UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZACHARY A. SANDERS,

    Defendant.

Case No. 19-CR-194

[18 U.S.C. §§ 922(k) & 924(a)(1)]

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about July 24, 2019, in the State and Eastern District of Wisconsin,

**ZACHARY A. SANDERS**

knowingly possessed a firearm, that is a Ruger .380 caliber handgun, that had been shipped and transported in interstate commerce.

2. At the time the defendant possessed the firearm, he knew that the manufacturer's serial number had been removed, altered, and obliterated.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(k), set forth in this Indictment, the defendant, Zachary A. Sanders, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Ruger .380 caliber handgun with an obliterated serial number.

A TRUE BILL:

FOREPERSON

Date: 11-5-19

/s/ Matthew D. Krueger

MATTHEW D. KRUEGER
United States Attorney

2

Case 2:19-cr-00194-JPS   Filed 11/05/19   Page 2 of 2   Document 1